

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00336-CV
_____

IN THE INTEREST OF Y.R., A CHILD

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2017-525,325, Honorable Meg Jordan, Presiding

November 17, 2017

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Jose Guadalupe Robledo, has filed a motion to voluntarily dismiss his appeal in accordance with Texas Rule of Appellate Procedure 42.1(a)(1), but has also requested relief from this Court in his motion. We find that dismissing his appeal will not prevent Robledo from seeking the requested relief from the trial court or prevent any party from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal. All relief requested by Robledo from this Court is denied. As the motion does not address costs, costs will be taxed against Robledo.

*See id. at* 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam